U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 11 2008

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

LAWRENCE K. BAERMAN, CLERK
ALBANY

__SOUTHERN__ DISTRICT OF __FLORIDA__

MICHAEL I. GOLDBERG,
as receiver, et al

V.

DAVID BREHM

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

1:08-MISC-0109 LEK/RFT

Case Number: 08-21637-CIV-HUCK-TEB

I, __STEVEN M. LARIMORE__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __10/24/2008__, as it
                                                                                                              Date
appears in the records of this court, and that

No Notice of Appeal from this Judgment has been filed, and no Motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

__11/6/2008__                                          *Steven M. Larimore*
     Date                                                      Clerk

                                                        _____
                                                        (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-21637-CIV-HUCK
(Ancillary Proceeding to case No. 06-20975-Civ-Huck/Simonton)

MICHAEL I. GOLDBERG, as Receiver
for Worldwide Entertainment, Inc.,
The Entertainment Group Fund, Inc.,
American Enterprises, Inc., and
Entertainment Funds, Inc.,

    Plaintiff,

v.

DAVID BREHM,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

The Clerk has received Plaintiff's Request For Default Final Judgment against Defendant, DAVID BREHM (the "Defendant"). Having reviewed the Request, the pleadings, and the Court file, and finding that a Clerk's Default was entered against the Defendant on October 21, 2008, and further finding that the Receiver's claims are for a sum certain, and being further advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. A Default Final Judgment is entered in favor of Plaintiff, MICHAEL I. GOLDBERG, as Receiver for Worldwide Entertainment, Inc., The Entertainment Group Fund, Inc., American Enterprises, Inc. and Entertainment Funds, Inc., and their

{FT531835;1}

subsidiaries, successors and assigns, whose address is 350 Las Olas Centre, II, Suite 1600, Fort Lauderdale, FL 33301 against Defendant on Claims I, II, III, and IV of the complaint.

2.  Plaintiff shall have and recover from David Brehm the principal sum of $135,000.00, plus taxable costs in the amount of $800 for a total sum of $135,800.00 together with post judgment interest thereon, for which sums let execution issue.

**DONE AND ORDERED** this 24 day of October, 2008, at Miami, Florida.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE,
SOUTHERN DISTRICT OF FLORIDA

**Conformed copy to:**

Joanne Gelfand, Esq.
Tarek Kiem, Esq.
Attorneys for Plaintiff, Michael I. Goldberg, Receiver
Akerman Senterfitt
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301

David Brehm, Defendant
389 Cleverdale Road,
Queensbury, NY 12845.

Michael I. Goldberg, Receiver/Plaintiff
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/06/2008

{FT531835;1}                    2